`IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOANN CERECERES,

    Plaintiff,

v.                                 No. CIV 14-98 JB/WPL

MANAGEMENT & TRAINING
CORPORATION,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the Stipulation of Dismissal ("Stipulation") filed by Plaintiff Joann Cereceres and Defendant Management & Training Corporation, and the Court, having reviewed the Stipulation and being fully advised in the premises, FINDS and CONCLUDES that:

1.    The Court has jurisdiction over the parties to and the subject matter of the above-captioned cause of action;

2.    The Stipulation is well taken and should be approved.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Stipulation shall be and hereby is approved and that the above-captioned cause of action shall be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

Approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By __/s/ Krystle A. Thomas_____
      Charles J. Vigil
      Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
FAX:  (505) 768-7395
*Attorneys for Defendant*

and

LAW OFFICE OF DENNIS L. RICHARD

By __Approved via electronic mail 11/25/14_____
      Dennis L. Richard
4171 North Mesa, Suite B-201
El Paso, TX 79902
Phone:  915-533-2211
Fax:  915-533-2244
*Attorneys for Plaintiff*