IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOANN CERECERES,

      Plaintiff,

vs.                                                                  No. CIV 14-0098 JB/WPL

MANAGEMENT & TRAINING
CORPORATION,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulated Order of Dismissal with Prejudice, filed November 30, 2014 (Doc. 27)("Order").  In the Order, the Court approved the Stipulation of Dismissal, filed November 25, 2014 (Doc. 26), in which Plaintiff Joann Cereceres and Defendant Management & Training Corporation agreed to dismiss with prejudice all of Cereceres' claims against Management & Training Corporation.  See Order at 1.  This final judgment adjudicates all of the existing claims and liabilities among the parties.

**IT IS ORDERED** that final judgment is entered, and this action is dismissed with prejudice.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

*Counsel:*

Dennis L. Richard
Law Office of Dennis L. Richard
El Paso, Texas

      *Attorneys for the Plaintiff*

Krystle A. Thomas
Charles J. Vigil
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*